HARMELINK, FOX & RAVNSBORG LAW OFFICE
721 Douglas - Suite 101
P.O. Box 18
Yankton, SD 57078
(605) 665-1001

Mark Neitzke First Capital
c/o Jason Ravnsborg
PO Box 18
Yankton SD 57078

10/14/2009
ACCOUNT NO: 5385-00M
STATEMENT NO: 1

| Date | Description | Amount |
|---|---|---|
| 02/01/2009 | Photocopies - (20) Copies of Master List of Investors. | 5.00 |
| 02/27/2009 | FAX - (106) Incoming from clients. | 106.00 |
| 02/27/2009 | Pacer charges - research. | 3.52 |
| 03/02/2009 | FAX - (3) Incoming. | 3.00 |
| 03/02/2009 | FAX - (38) Incoming. | 38.00 |
| 03/02/2009 | FAX - (1) Incoming. | 1.00 |
| 03/02/2009 | FAX - (2) Incoming. | 2.00 |
| 03/02/2009 | FAX - (1) Incoming. | 1.00 |
| 03/02/2009 | FAX - (9) Incoming. | 9.00 |
| 03/02/2009 | FAX - (9) Incoming. | 9.00 |
| 03/02/2009 | FAX - (7) Incoming. | 7.00 |
| 03/02/2009 | FAX - (2) Incoming. | 2.00 |
| 03/02/2009 | FAX - Incoming. | 1.00 |
| 03/02/2009 | FAX - Incoming. | 1.00 |
| 03/02/2009 | FAX - (8) Incoming. | 8.00 |
| 03/02/2009 | FAX - (5) Incoming. | 5.00 |
| 03/02/2009 | FAX - (5) Incoming. | 5.00 |
| 03/02/2009 | FAX - (3) Incoming. | 3.00 |
| 03/02/2009 | FAX - (11) Incoming. | 11.00 |
| 03/02/2009 | Postage due. | 0.15 |
| 03/02/2009 | FAX - (4) Incoming. | 4.00 |
| 03/02/2009 | FAX - (48) Information and fee agreements. (Paul Vis) | 48.00 |
| 03/02/2009 | FAX - Fee Agreement ( Jay Bruce) | 5.00 |
| 03/03/2009 | FAX - (11) Incoming from Ostrom Enterprises. | 11.00 |
| 03/03/2009 | FAX - (2) Incoming. | 2.00 |
| 03/03/2009 | FAX - (8) Incoming. | 8.00 |
| 03/03/2009 | FAX - (2) Incoming. | 2.00 |
| 03/03/2009 | FAX - (3) Incoming. | 3.00 |
| 03/04/2009 | FAX - (4) Incoming fax. | 4.00 |
| 03/04/2009 | FAX - (3) Incoming. | 3.00 |
| 03/04/2009 | FAX - (5) Incoming. | 5.00 |
| 03/05/2009 | FAX - (12) Two separate incoming faxes. | 12.00 |
| 03/05/2009 | FAX - (4) Incoming. | 4.00 |
| 03/05/2009 | FAX - (2) Incoming. | 2.00 |
| 03/05/2009 | FAX - (2) Incoming. | 2.00 |
| 03/09/2009 | Photocopies - (68) Motion, Affidavits and Brief for Default. | 17.00 |
| 03/09/2009 | FAX - (4) Incoming. | 4.00 |
| 03/10/2009 | FAX - (4) Incoming. | 4.00 |
| 03/11/2009 | FAX - Incoming - documents re: contracts and solicitations from FCSL. | 20.00 |
| 03/12/2009 | FAX - Incoming. | 3.00 |
| 03/13/2009 | Photocopies - (4) Letter and fee agreement. | 1.00 |
| 03/13/2009 | Postage | 0.42 |
| 03/13/2009 | Postage | 0.42 |
| 03/13/2009 | Photocopies - (154) Copies of letter. | 38.50 |
| 03/13/2009 | Photocopies - (132) Copies of Complaint. | 33.00 |

**EXHIBIT 1**

Mark Neitzke First Capital

JRR Class Action 2009

10/15/2009
ACCOUNT NO: 5385-00M
STATEMENT NO: 1

| Date | Description | Amount |
|---|---|---|
| 03/13/2009 | Photocopies - (44) Summons. | 11.00 |
| 03/13/2009 | Postage | 9.90 |
| 03/13/2009 | Photocopies - (100) Two (2) copies of the Summons. | 25.00 |
| 03/18/2009 | Postage - Express Mail | 17.50 |
| 03/26/2009 | FAX - Incoming from client Karen Kent re: bank accounts. | 1.00 |
| 04/30/2009 | Photocopies - (4) Letter to Baker Services with check for $496.00 for service. | 1.00 |
| 04/30/2009 | Postage | 0.42 |
| 05/01/2009 | FAX - (8) Outgoing to Asset Strategies - subpoena for records. | 8.00 |
| 05/07/2009 | Postage | 1.17 |
| 05/18/2009 | FAX - (4) incoming from David Peck. | 4.00 |
| 05/23/2009 | Pacer charges - checking on status of motion for default. | 2.40 |
| 05/28/2009 | Photocopies - (7) Letter to Jeff Vail with Admission of Service and Subpoena. | 1.75 |
| 05/28/2009 | Postage | 1.22 |
| 05/28/2009 | Photocopies - (34) Plaintiff's Amended Motion for Default Judgment and Amended Motion; Subpoena to PNC Bank. | 8.50 |
| 05/28/2009 | Postage | 0.44 |
| 06/11/2009 | ECF charges - docket sheet review. | 2.56 |
| 06/19/2009 | Photocopies - (454) copies of documents for FBI and SEC. | 113.50 |
| 07/01/2009 | Photocopies - (10) letter to clerk of courts and Litow with defendant's answer. | 2.50 |
| 07/01/2009 | Postage | 1.76 |
| 07/09/2009 | Subpoena fees - Bank of America. F&RFSTA #501 | 65.74 |
| 07/09/2009 | Subpoena fees - PNC Bank F&RFSTA #504 | 147.00 |
| 07/09/2009 | Subpoena fees - Bank of America F&RFSTA #506 | 36.95 |
| 07/16/2009 | Mileage - To and from Sioux Falls. | 80.10 |
| 07/16/2009 | Parking - $1.00 | 1.00 |
| 07/24/2009 | Parking. | 2.50 |
| 07/30/2009 | Photocopies - (4) letter to Bank of America. | 1.00 |
| 07/30/2009 | Postage | 0.44 |
| 08/06/2009 | Postage | 0.44 |
| 10/01/2009 | Photocopies - (53) Letter to Jeff Lowrance with Notice of Entry of Default Judgment. | 13.25 |
| 10/01/2009 | Postage | 1.56 |
| 10/01/2009 | Photocopies - (13) Notice of Entry of Default Judgment. | 3.25 |
| | TOTAL EXPENSES | 1,023.86 |