UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK NEITZKE, PAUL A. VIS, JULIE VIS, BILL VIS, RON BROWN, JANICE BROWN, BRENDA AGUILAR, SEACREST MANAGEMENT, DUANE R. ANDERSON, MIKE ANDERSON, JOHN ARMSTRONG, GARY ARNELL, CLENETH ARNELL, DALLEN S. ATACK, LUJUANA BADGER, SPRINGFIELD INVESTMENTS LLC, CODY BAIR, BRUCE BAIRD, BRIAN R. BAIRETT, BAT INVESTMENT GROUP LLC, ANDREW BAUMAN, SCOTT BENSON, ANTHONY L. BENZINGER, TINA L. BENZINGER, BRIAN J. BLACK, DARLENE BORZENSKI, DAVID T. BOURGEOIS, BRIAN BOWER, ELIZABETH BOWER, RICHARD S. BOYER, LORI BOYER, ROBERT D. BRADEN, KYLE BRADFORD, GARY BROCKBANK, GARY H. BROCKBANK SEP IRA, GARY H. BROCKBANK MDS, DUNCAN H. BROCKBANK, DUNCAN H. BROCKBANK IRA, DOROTHY D. BROCKBANK, JOSHUA M. BROCKBANK IRA, NORMAN BROCKBANK, W. HUGHES BROCKBANK, W HUGHES BROCKBANK-LIVING TRUST, KIMBERLY B. BROCKBANK IRA, PENNY BROWN, DAVID CHYTKA, MARY S. CLAEYS, DANIEL CLARK, RUSSELL CLARK, ADAM R. CLARKE, JERRY P. CLAUNCH, SCOTT D. CLAUCH, SHIRLEY M. CLAUCH, TORY CLAYTON, AZA B. CLINE, DIANA COE, JO ANN COELHO-ROSE, CADE COLTRIN, NATASHA COLTRIN, CORY G. COLTRIN, ANGELO CONTINO, JOE O. COTTON, MARVIN CURTIS, MARVIN BENJAMIN CURTIS, ERICA J. DAVIS, TODD R. DAYLONG,  CLIFFORD E. DENDEKKER, WILLY T. DENDEKKER, TJAPKO DETMERS, MARY LOU DETMERS, LARRY E. DEWEY, ROBIN A. DEWEY, FRED DICKERSON, RANDY DIRKS, PATRICK DONOHOE, COLLIN DVORK, RICHARD DVORK, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. 09-4028<br><br><br><br><br><br><br><br><br><br><br><br>JUDGMENT |

| | |
|---|---|
| CHARLES ENGLISH, BRUCE ESKANDER, STEFANIE ESKANDER, CHRIS R. EVANS, SHAWN EVENSON, INGE FAN, RAY FARKAS, PAULA J. FARKAS, RICHARD W. FEATHERSTONE, ELIZABETH A. FEATHERSTONE, DARWIN FIELDING, TRACI A. FINE, MAREEN DUNCAN-FISHER, LARRY E. GOODROW, SR., STEVEN L. GOYETCHE, JAMES GOULD, ACCELERATED APPRAISALS LLC, CRAIG GREEN, HAZEL GREEN, BENJAMIN S. GREENWOOD, JEFFREY HADERLIE, DAN HALBACH, JARED HARDY, JASON J. HARMELINK, BRYAN  HASLAM, JAROM HIBBERT, MARSHALL RANDY A. HUDSON, BONNIE J. HUISH, J. MATTHEW HUISH, TERRY L. HUMBER, CHRISTINA HUMMER, CHARLES D. IRWIN, JAMES JACKSON, WILLIAM JOHANSEN, TEAK JOHNSON, PEGGY JOHNSTON, DAVID SCOTT JOSEPH, JOHN KAHLE, STEPHEN A. KANE, GREGORY KELLER, KAREN KENT, KEVIN KLUMPP, JOSHUA KNAPTON, LISA KNAPTON, TERI KNOCHENMUS, JAMES A. KOBELAK, CAROLYN E. KOBELAK, GARWOOD KOTTIE, DAROLD B. LAABS, HELEN A. LAABS, BETTY R. LAUB, TONY LEBLANC, ROGER LECLAIR, KENNETH LEMINGS, KIMBERLYN LIAL, WARREN J. LONGHURST, RAFAEL LOPEZ, JARED R. LUCAS, THOMAS G. MAILE 5TH, DARIN MALCOLM, LEON D. MALCOM, KERRY L. MALCOM, LOIS A. MARTIN, SALLY MARTINEZ, MELANIE MAXFIELD, JOHN R. MEHL, DANA A. MEIER, RUSSELL R. MILLER, BRANDON MILLER, KENDALL C. MILLER, ROBERT L. MORRISON, TERRI MURPHY, DEANE NAULT, JANET NAULT, JAMES OFFERDAHL, DAN L. OSTROM, ROSA OTERO, DAVE E. OVESON, TERRY PANTALEO, KELLY PARSONS, JAMES D. PAXMAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

ANDREA PENNERS, DAVID PERRY, )
BRYAN PHILLIPS, STEPHEN E.PHILO, )
KATHY M. PHILO, FRED PIERCE, )
TARA PIERCE, ROBERT T. PIERCE, )
CHRIS PILLING, TYSON PITCHER, )
JASON R. RAVNSBORG, ROBERT W. )
RAYBOULD, GILBERT RAZO, PAUL E. )
RINKEL, ALICIA A. ROBERTSON, )
WILLIAM D. ROZAR, PETER )
SALZMANN, SHARON SALZMANN, )
MICHAEL SCHMIDT, SCOTT )
SCHOBER, RONALD SCHOBER, )
SANDRA SCHOBER, DALE E. )
SCHWANTES, CALVIN SHELLEY, )
JANINA SHEPPARD, ROCHELLE )
SHERIDAN, MICHAEL S. SHERMAN, )
KATHRYN M. SHERMAN, ELINA B. )
SIMON, RANDY SMITH, ROGER )
SMITH, RAYMOND PILLMAN, JR., )
MICHELLE STATTI, DAVID STOUT, )
LISA TA'ALA, JAMES D. TAYLOR, )
JEFFREY J. TESCH,  BRYAN R. TEW, )
TERRY TOMAN, JOHN E. TRACHSEL, )
TED W. TRONSON, JEFFREY L. )
TURNER, RYAN TURNER, REBECCA )
TYBERG, GERALD UITHOVEN, )
SERGEY N. VARIVODA, DANIEL W. )
VIS, JEANNE VIS, KAY MARTIN, )
CHRISTOPHER WALKER, BRYON )
WALLS TRUST, RW INC., EARLE )
WELLS, STEPHEN A. WILCOX, MAX )
WILLARD, TERESA L. WILLARD, )
MELANIE WILLIAMS, INFINITE )
ABUNDANCE LLC, KEVIN WILSON, )
KAYLEEN H. WINKLER, MICHAEL )
ZIMMERMAN, BRAD ZOBRIST, )
FRANK HAROLD, COMMAND )
INVESTMENTS LLC, KJM REAL )
ESTATE, HURRICANE INVESTMENTS )
LLC, AXIOM INVESTMENTS LLC, )
FIELDING FINANCIAL INC., ELKHORN )
CHIROPRACTIC INC., CABIN HOLLOW )
HOLDINGS LLC, TEAK LLC, VAN )
CORTLAND ENTERPRISES, DREAM )
TEAM ANESTHESIA PC, HYDRO-TEK )
POOLS INC., OSTROM ENTERPRISES, )
KUF MANAGEMENT LLC, KP )

| | |
|---|---|
| CONSULTING, QUALITY MADE INC., DAVID PECK, and the COMMUNITY CHURCH OF GOD,<br><br>    Plaintiffs<br><br>vs.<br><br>JEFF LOWRANCE, individually, and d/b/a First Capital Savings & Loan, a/k/a First Capital Savings & Loan Limited, f/d/b/a Mentor Investing Inc,. d/b/a Swiss Providence, d/b/a Logos Publishing Group, d/b/a Marketwise Trading SA and d/b/a USA Tomorrow,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  Pursuant to the Default Judgment and the Order Granting Plaintiffs' Motion for Punitive Damages and Costs, it is

  ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of plaintiffs and against defendant. Each plaintiff is entitled to punitive damages in treble the amount listed in the distribution in the Default Judgment.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the clerk shall assess costs in favor of plaintiffs and against defendant in the amount of $1,048.36

  Dated October 6, 2010.

            BY THE COURT:


            /s/ *Karen E. Schreier*
            KAREN E. SCHREIER
            CHIEF JUDGE